IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:06CR165**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **EDDIE DANIEL LOPEZ** ) | |

**THIS MATTER** is before the Court on motion of defense counsel for permission to file for an interim payment of counsel fees.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and John C. Hunter is hereby permitted to file an interim fee petition in this matter.

Signed: April 3, 2007

Lacy H. Thornburg
United States District Judge